FILED: September 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

  Plaintiffs - Appellants

 and

ANA SLIVEIRA; CHRISTINE BUNCH

  Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

  Defendants - Appellees

_____

No. 21-2053
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC.; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

  Plaintiffs - Appellees

 and

ANA SLIVEIRA; CHRISTINE BUNCH

    Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

    Defendants - Appellants

---

O R D E R

---

The court consolidates Case No. 21-2017 and Case No. 21-2053 as cross-appeals. The appellant in Case No. 21-2017 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk