# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 6, 2021

_____

RESPONSE REQUESTED

_____

No.    21-2017 (L),    Maryland Shall Issue, Inc. v. Lawrence Hogan
                       1:16-cv-03311-ELH

TO:    Woodrow W. Jones
       Lawrence  Hogan

RESPONSE DUE: 10/18/2021

Response is required to the motion to place case in abeyance on or before 10/18/2021.

Jeffrey S. Neal, Deputy Clerk
804-916-2702