# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | Maryland Shall Issue, et al. v. Hogan, et al., 21-2053 |
| **Originating No. & Caption** | Maryland Shall Issue, et al. v. Hogan, et al., No. 1:16-cv-3311 |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 |
| Time allowed for filing in Court of Appeals | 14 days from notice of appeal |
| Date of entry of order or judgment appealed | August 12, 2021 |
| Date notice of appeal or petition for review filed | September 23, 2021 |
| If cross appeal, date first appeal filed | September 10, 2021 |
| Date of filing any post-judgment motion | n/a |
| Date order entered disposing of any post-judgment motion | n/a |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | |
|---|---|
| Case number of any prior appeal in same case | 19-1469 |
| Case number of any pending appeal in same case | 21-2017 |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |

| | | |
|---|---|---|
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This case arises out of the district court's grant of defendant's motion for summary judgment upholding the constitutionality of Maryland's handgun license requirement.<br><br>In this cross-appeal, Defendant-Appellees Governor Lawrence Hogan and Maryland State Police Superintendent Woodrow Jones, III (in their official capacities) appeal from an order entered July 27, 2021, denying, in part, defendants-appellees' motion to strike certain opinions of plaintiffs' witnesses. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Atlantic Guns, Inc.<br><br>Attorney: John Parker Sweeney<br>Address: 1615 L Street NW, Suite 1350<br>             Washington, DC 20036<br><br><br>E-mail: jsweeney@bradley.com<br><br>Phone: 202-393-7150 | Adverse Party: Maryland Shall Issue, Inc.<br><br>Attorney: Cary J. Hansel<br>Address: 2514 N. Charles Street<br>             Baltimore, Maryland 21218<br><br><br>E-mail: cary@hansellaw.com<br><br>Phone: 301-461-1040 |
| **Adverse Parties (continued)** ||
| Adverse Party: Susan Brancato Vizas<br><br>Attorney: Cary J. Hansel<br>Address: 2514 N. Charles Street<br>             Baltimore, Maryland 21218<br><br><br>E-mail: cary@hansellaw.com<br><br>Phone: 301-461-1040 | Adverse Party: Deborah Kay Miller<br><br>Attorney: Cary J. Hansel<br>Address: 2514 N. Charles Street<br>             Baltimore, Maryland 21218<br><br><br>E-mail: cary@hansellaw.com<br><br>Phone: 301-461-1040 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Lawrence Hogan, official capacity as governor of Maryland<br>Attorney: Robert A. Scott and Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, Maryland 21202<br><br>E-mail: rscott@oag.state.md.us<br>Phone: 410-576-7055 | Name: Woodrow Jones, III, official capacity as Maryland State Police Superintendent<br>Attorney: Robert A. Scott and Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, Maryland 21202<br><br>E-mail: rscott@oag.state.md.us<br>Phone: 410-576-7055 |
| **Appellant (continued)** ||
| Name:<br>Attorney:<br>Address:<br><br>E-mail:<br>Phone: | Name:<br>Attorney:<br>Address:<br><br>E-mail:<br>Phone: |

**Signature:** /s/ Robert A. Scott          **Date:** 10/7/2021

**Counsel for:** Lawrence Hogan and Woodrow Jones, III (official capacities)

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:                                            Date: