FILED: November 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC
GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

> Plaintiffs - Appellants

 and

ANA SLIVEIRA; CHRISTINE BUNCH

> Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW
W. JONES, III, Colonel

> Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to hold

appeal in abeyance, the court grants the motion and places this case in abeyance pending a decision by the United States Supreme Court in *New York State Rifle & Pistol Ass'n v. Bruen*, No. 20-843.

Counsel shall immediately notify this court upon the conclusion of the proceedings in the Supreme Court.

For the Court

/s/ Patricia S. Connor, Clerk