Filed: June 24, 2022

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

BRIEFING ORDER - CIVIL/AGENCY CROSS APPEAL

_____

No.   21-2017 (L),     <u>Maryland Shall Issue, Inc. v. Lawrence Hogan</u>
                                      1:16-cv-03311-ELH


Maryland Shall Issue, Inc., Atlantic Guns, Inc.,Deborah Kay Miller, Susan Brancato Vizas shall be considered the appellant for the purposes of this briefing schedule. Briefing shall proceed on the following schedule:

_____

JOINT APPENDIX due: 08/03/2022

BRIEF [Opening] due: 08/03/2022

BRIEF [Opening/response] due: 09/02/2022

BRIEF [Response/reply] due: 10/03/2022

BRIEF [Reply] (if any) due: Within 21 days of service of response/reply brief.

_____

The following rules apply under this schedule:

- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** as to content, format, and copies. The Requirements are available as a link from this order and at **www.ca4.uscourts.gov**. FRAP 28, 30 & 32.
- All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).

- If a brief is filed in advance of its due date, the filer may request a corresponding advancement of the due date for the next brief by filing a motion to amend the briefing schedule.
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to imposition of sanctions against court-appointed counsel or dismissal of the case. Local Rules 45 & 46(g).
- Failure to file a response brief may result in loss of the right to be heard at argument. FRAP 31(c).
- If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-944-0217, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential. Local Rule 33.
- The court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. Local Rule 34(a).
- If a case is to be scheduled for argument, counsel will receive prior notice from the court.

/s/ PATRICIA S. CONNOR, CLERK
By: Jeffrey S. Neal, Deputy Clerk