| State | Background Check? | Fingerprint? | Classroom Training? | Firearms/Shooting Training? | Live Fire Requirement |
|---|---|---|---|---|---|
| Maryland [Md. Code Ann., Pub. Safety § 5-117.1] | Yes | Yes | Yes | Yes | Yes |
| California [Cal. Penal Code §§ 16370, 16670, 26840-26859, 31610-31700] | Yes | No | Yes | Yes | No |
| Connecticut [Conn. Gen. Stat. Ann. § 29-36f] | Yes | No | Yes | Yes | No |
| District of Columbia [D.C. Code Ann. § 7-2502.03–04] | Yes | Yes | Yes | Yes | No |
| Hawaii [Haw. Rev. Stat. Ann. § 134-2(g)] | Yes | Yes | Yes | Yes | Yes |
| Illinois [430 Ill. Comp. Stat. Ann. 65/4] | Yes | No | No | No | No |
| Massachusetts [Mass. Gen. Laws ch. 140, §§ 129B, 131P] | Yes | Yes | Yes | Yes | No |

| State | Background Check? | Fingerprint? | Classroom Training? | Firearms/Shooting Training? | Live Fire Requirement |
|---|---|---|---|---|---|
| Michigan [Mich. Comp. Laws § 28.422] | Yes | No | No | No | No |
| Nebraska [Neb. Rev. Stat. Ann. § 69-2404] | Yes | No | No | No | No |
| New Jersey [N.J. Stat. Ann. § 2C:58-3] | Yes | Yes | No | No | No |
| New York [N.Y. Penal Law § 400.00] | Yes | Yes | No | No | No |
| North Carolina [N.C. Gen. Stat. § 14- 402(a); *id*. at § 14-404(e1).] | Yes | No | No | No | No |
| Rhode Island [RI Gen. Stat. 11-47-35] | No | No | Yes | No | No |