UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 21-2017 (L)    Caption: Maryland Shall Issue, et al. v. Lawrence Hogan, et al.

Appellant

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed appendix volume (volume 5 of the joint appendix)

2. Is sealing of document(s) necessary?

   ☑ No
   ☐ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   October 17, 2018 (Dkt. 85); March 8, 2021 (Dkt. 147); August 12, 2022 (Dkt. 158)

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   The District Court's Memorandum Opinion, the parties' confidential stipulation, and exhibits A and B to Stephen Schneider's declaration are sealed. Only counsel are permitted access to these documents.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

## CERTIFICATE OF SERVICE

I certify that on  08/03/2022  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Ryan Robert Dietrich*
rdietrich@oag.state.md.us

Robert A. Scott*
rscott@oag.state.md.us

*Has consented in writing to service by direct email.

Mark W. Pennak
9613 Harford Rd. Ste. C #1015
Baltimore, MD 21234
m.pennak@me.com

Cary J. Hansel, III, 2514 N. Charles Street Baltimore, MD 21218
cary@hansellaw.com

/s/ John Parker Sweeney
Signature

08/03/22
Date