FILED: August 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

    Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

    Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number V under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk