**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 11, 2022

_____

RESPONSE REQUESTED
_____

No.    21-2017 (L),     <u>Maryland Shall Issue, Inc. v. Lawrence Hogan</u>
                                1:16-cv-03311-ELH

TO:     Woodrow W. Jones
          Lawrence Hogan

RESPONSE DUE: 08/22/2022

Response is required to the motion to file amicus brief on or before 08/22/2022.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Jeffrey S. Neal, Deputy Clerk
804-916-2702