IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | * | |
| MARYLAND SHALL ISSUE, INC., ET AL., | | |
| | * | |
| *Appellants/Cross-Appellees*, | * | No. 21-2017 |
| v. | * | |
| LAWRENCE HOGAN, ET AL., | * | |
| | * | |
| *Appellees/Cross-Appellants*. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLEES/CROSS-APPELLANTS' BRIEF**

Appellees/Cross-Appellants, by undersigned counsel, hereby move, pursuant to Federal Rule of Appellate Procedure 26(b), for a 31-day extension of time, to and including October 3, 2022, within which to file the opening/response brief of Appellees/Cross-Appellants in the above-captioned case. In support thereof, counsel for Appellees/Cross-Appellants states the following:

1. This is an appeal from a final judgment entered by the District Court on August 23, 2021 granting Appellees/Cross-Appellants' motion for summary judgment rejecting Appellants/Cross-Appellees' constitutional challenge to Maryland's handgun qualification license statute. After Appellants/Cross-Appellees noted an appeal, they moved to hold this case in abeyance pending the United States

Supreme Court's disposition of *New York State Rifle & Pistol Ass'n v. Bruen*, No. 20-843.  (Doc. 15.)  This Court granted the motion.  (Doc. 20.)

2.     After *Bruen* was decided on June 23, 2022, the next day this Court issued a briefing schedule in which Appellants/Cross-Appellees' opening brief was to be due on August 3, 2022, Appellees/Cross-Appellants' opening/response brief is to be due on September 2, 2022, and Appellants/Cross-Appellees' response/reply is to be due on October 3, 2022.  Appellants/Cross-Appellees timely filed their opening brief on August 3, 2022.

3.     On August 20th through August 27th, undersigned counsel is to be out of the office on a long-scheduled vacation.

4.     Undersigned counsel is also counsel in *American Federation of State, County and Municipal Employees, Council 3 v. State of Maryland*, No. 22-1362, which is currently pending in this Court.  The State's brief in that case is currently due August 25, 2022.

5.     Briefs filed by the Civil Division of the Office of the Attorney General of Maryland undergo an internal review process that may take up to one week or more.

6.     In light of these circumstances, and to allow the internal review process to be completed, a short extension of 31 days is necessary.

7.     This is Appellees/Cross-Appellants' first request for an extension.

8.     Counsel for Appellants/Cross-Appellees do not oppose this request.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion extending the time in which Appellees/Cross-Appellants may file their opening/response brief in the instant case until October 3, 2022, and extending the time in which Appellants/Cross-Appellees may file their response/reply brief in the instant case until November 2, 2022.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Ryan R. Dietrich
_____

ROBERT A. SCOTT
RYAN R. DIETRICH
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

August 16, 2022                    Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that, on 16th day of August, 2022, the foregoing was filed electronically and served on counsel of record, who are registered CM/ECF users.

/s/ Ryan R. Dietrich

_____

Robert A. Scott