FILED: August 16, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

       Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

       Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening/response brief due: 10/03/2022

Response/reply brief due: 11/02/2022

Any reply brief: 21 days from service of response/reply brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>