IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | | |
|---|---|---|---|
| MARYLAND SHALL ISSUE, INC., ET AL., | * | | |
| | * | | |
| *Appellants/Cross-Appellees*, | * | No. 21-2017 | |
| v. | * | | |
| LAWRENCE HOGAN, ET AL., | * | | |
| *Appellees/Cross-Appellants*. | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLEES/CROSS-APPELLANTS' RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF

Appellees/Cross-Appellants, by undersigned counsel and pursuant to the Court's Order dated August 11, 2022 (Doc. 31), hereby respond to the Motion For Leave To File Brief Of *Amici Curiae* filed by the Firearms Policy Coalition, FPC Action Foundation, and Independence Institute (Doc. 30) (the "Motion"):

1. Appellees/Cross-Appellants take no position on the Motion.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Robert A. Scott

_____

ROBERT A. SCOTT
RYAN R. DIETRICH
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

August 22, 2022

Attorneys for Appellees/Cross-Appellants

2