**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 16, 2022

_____

DOCKET CORRECTION NOTICE

_____

No.   21-2017 (L),   <u>Maryland Shall Issue, Inc. v. Lawrence Hogan</u>
                    1:16-cv-03311-ELH

TO:   Maryland Shall Issue, Incorporated
      Deborah Kay Miller
      Susan Brancato Vizas
      Atlantic Guns, Incorporated

FILING CORRECTION DUE:  November 18, 2022

Please make the correction identified below and file a corrected document by the date indicated.

   **[ X]** Incorrect event used. Please refile document using the **BRIEF** entry.
   [ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Jeffrey S. Neal, Deputy Clerk
804-916-2702