FILED: March 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

       Plaintiffs - Appellants

 and

ANA SLIVEIRA; CHRISTINE BUNCH

       Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

       Defendants - Appellees

------------------------------

FIREARMS POLICY COALITION, INC.; FPC ACTION FOUNDATION; INDEPENDENCE INSTITUTE

       Amici Supporting Appellant

_____

No. 21-2053
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC.; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

        Plaintiffs - Appellees

and

ANA SLIVEIRA; CHRISTINE BUNCH

        Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

        Defendants - Appellants

------

O R D E R

------

The court substitutes Wes Moore for Lawrence Hogan as a party to this proceeding.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk