**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
(804) 916-2700
www.ca4.uscourts.gov

**ORAL ARGUMENT CD REQUEST FORM
For Cases Argued between September 2002 and April 2011**

In May 2011, the court began posting oral argument audio files in MP3 format to the court's Internet site. The audio files are posted by the next business day after oral argument and available to download.

For cases argued between September 2002 and April 2011, an oral argument CD may be requested by completing this form and paying the $32 fee (if applicable), in accordance with the Court of Appeals Fee Schedule, 28 U.S.C. foll. § 1913. Payment may be made by credit card through CM/ECF, by cash, or by check or money order payable to Clerk, U.S. Court of Appeals. For cases argued between September 2002 and April 2011, the $32 fee is waived for persons providing services under the Criminal Justice Act and for federal agencies.

An oral argument CD is requested for the following case:

| Case Number | Case Name | Argument Date |
|---|---|---|
| 21-2053 | MSI v. Woodrow Jones III | March 10, 2023 |
| | | |
| | | |

The recording should be sent to:

Name: Bradley Arant Boult Cummings LLP Attn: Kimberly Malik

Street/PO Box: 1615 L Street, N.W.

Suite 1350

City: Washington     State: DC     Zip Code: 20036

Phone number: 202-719-8228     Date: 05/31/2023

12/01/20 SCC     Print to PDF for Filing