FILED: November 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

      Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

      Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

      Defendants - Appellees

------------------------------

FIREARMS POLICY COALITION, INC.; FPC ACTION FOUNDATION; INDEPENDENCE INSTITUTE

      Amici Supporting Appellant

_____

No. 21-2053
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC.; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

        Plaintiffs - Appellees

and

ANA SLIVEIRA; CHRISTINE BUNCH

        Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

        Defendants - Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                  /s/ NWAMAKA ANOWI, CLERK