**Marc Nardone**
Partner
mnardone@bradley.com
202.719.8256 direct



December 28, 2023

United States Court of Appeals
Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219
Attn: Office of the Clerk

    RE: Case No.: 21-2017 (L)  Maryland Shall Issue, Inc. v. Lawrence Hogan
                                     1:16-cv-03311-ELH

Dear Clerk:

    Please be advised that as of December 31, 2023, I will no longer be with the firm Bradley Arant Boult Cumming, LLP. At this time I wish to withdraw as attorney of record for Appellant Atlantic Guns, Inc.

    Thank you for your prompt attention to this matter

                                            Very truly yours,

                                            ***BRADLEY ARANT BOULT CUMMINGS, LLP***

                                            /s/ *Marc Nardone*
                                            Marc Nardone

Cc: Cary J. Hansel, III
     Mark W. Pennak