FILED:  January 11, 2024

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC
GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

      Plaintiffs - Appellants

 and

ANA SLIVEIRA; CHRISTINE BUNCH

      Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W.
JONES, III, Colonel

      Defendants - Appellees

------------------------------

FIREARMS POLICY COALITION, INC.; FPC ACTION FOUNDATION;
INDEPENDENCE INSTITUTE

      Amici Supporting Appellant

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively scheduled for oral argument during the March 19-22, 2024, oral argument session in Richmond, Virginia.

For the Court

/s/ Nwamaka Anowi, Clerk