FILED: February 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

      Plaintiffs - Appellants

 and

ANA SLIVEIRA; CHRISTINE BUNCH

      Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

      Defendants - Appellees

------------------------------

FIREARMS POLICY COALITION, INC.; FPC ACTION FOUNDATION; INDEPENDENCE INSTITUTE

      Amici Supporting Appellant

———————————

No. 21-2053
(1:16-cv-03311-ELH)

———————————

MARYLAND SHALL ISSUE, INC.; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

      Plaintiffs - Appellees

and

ANA SLIVEIRA; CHRISTINE BUNCH

      Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

      Defendants - Appellants

———————————

O R D E R

———————————

This case is calendared for oral argument on March 21, 2024.

The parties may submit simultaneous supplemental briefs of no more than 5,000 words by March 1, 2024.

                For the Court

                /s/ Nwamaka Anowi, Clerk