# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 2, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Maryland Shall Issue, Inc., et al
            v. Wes Moore, Governor of Maryland, et al.
            No. 24-373
            (Your No. 21-2017)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 27, 2024 and placed on the docket October 2, 2024 as No. 24-373.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst